IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 SEP -7 PM 4: 15

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

__Mark Stephan Johnson__, Plaintiff

v.

1) __7/11 Franchise HQ & Distrobution Network__,

_____,

2) __Link Snacks Inc.__,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

__Non - Prisoner__

**COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mark Johnson 2323 Curtis St, Denver, CO 80205
(Name and complete mailing address)

(No phone) Email: timberfox_1@outlook.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Seven Eleven Headquarters & Dist. Network
(Name and complete mailing address)

1772 Routh St. Dallas, TX 75201 (P.O. Box 71)
(Telephone number and e-mail address if known)
ph- 1-800-255-0711    email: international.inquiry@7-11.com

Defendant 2: Link Snacks Inc  Att: Customer Care
(Name and complete mailing address)

1 Snack Food Lane Minong, WI 54859
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

U.S.D.A Beef Act, 21-12-641-644

U.S. Code Title 21 et al, ~~subsec~~ 21-Sub II-12

☒ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __N/A__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Texas__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Dallas, TX__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Manufacturer's / Distributor's Product Liability

Supporting facts: Violations of Seven Eleven Corperation

(1) Strict Product Liability whereas Prohibited violations by the defendent of health, Saftey, and the public welfare protocals for Human Consumption violate title 21 - Food Safety findings.

(2) Slaughterhouse unconsumable waste is being passed on to the consumer, therefor my person, instead of USDA certified animal products of Beef, poultry and pork. I have also found parasite eggs in the red fruit and scramble egg product of another Colorado local company. The beef jerky and bacon packaged product produced or distributed by Link Snacks. Inc products under the Co-operative named Seven Eleven were found to contian a brood of parasites and eggs of the parasite inappropriately offered for human Consumption without regard to USDA & FDA violations and CFR

(3) Seven Eleven Headquarters continues to distribute tainted product to thier franchise stores today.

(4) Samples and future court Exibits show parasites and thier eggs are sold by these franchise stores for consumption by human consumers knowingly or unknowingly at a consumer cost of cash, credit or, (in most cases thus far of this 6 week long investigation) to food Stamp recipiants.

(5) The conclusion of Hypothesis strongly implies that continuous consumption of Seven Eleven tainted products of parasite and viable eggs of parasite damage the organs, upper and lower repiratory system. The damage it has caused to Mark S. Johnson's lower organs known as the kidneys and liver is now chronic and discharges rostavs (pupa) out through his urinary track. Basically, the products consumption has permentantly severely damaged Mr. Johnson to the point of shortening his lifespan or death by infestation of the kidney and/or liver by consumption of tainted product offered and bought from Seven Elevens stores within Denver, CO. The jerky and refreyerated products have killed Mr. Johnson as it is just a matter of time shortening his life.

(6) I've come to believe the Motiv Aparand is malicious intent and purposefull sabatage by Dallas at Den

CLAIM TWO: **Manofacturing Strict Product Liability Violations via Title 21 Findings of Jacklinks product line (Link Snacks Inc.)**

Supporting facts:

1) Link Snacks Inc. produces product for Seven Eleven Brand. The product named heading is Jacklinks Jerky and hails from Minong, WI. These jerky products are offered at 7/11 stores for consumers in Denver, CO by hanging on product display shelves

(2) Upon purchase of these Link Snacks Inc. products with both the logos "Jacklings and 7/11's insigna", the product is sealed and freshness guarded. There is no possability to handle the contents inside without breaching the package.

(3) Upon Examination, parasites and eggs were found in numberous quantity violating Title 21 Findings that prohibit using tainted Slaughterhouse meats for human consumption. The Hypothesis formulate that Link Snacks Inc. creates the jerkies with Slaughterhouse waste (animal flesh) generally throw out into a dumpster. This action of cost savings vs. USDA and FDA certified or "passed inspection" meats quality for Human consumption is a blatent, purposefull disregard for Food Safety, Health, and welfare for consumers consumption

(4) Fact: Court Entered Exibits will show tainted Manofactured product known as jerky to contian parasites and potentially viable eggs of parasites thereby deeming the product unfit for Human consumption as prohibited by U.S. Code title 21 Findings and USDA expressly implied Beef Act.

(5) I Mark Johnson have soffered the most Severe of consiquences by digestion of these products associated with the link Snacks, Inc, and Seven Eleven logo's called jerky and refrigerated product.

(6) The fact that the parasite can grow or affect your upper and lower respiratory system, Intestines, kidneys, liver and Urinary Track when ingested finds Mark S. Johnson fighting for his life without success.

(7) prognosis of contamination of the lower organ system of kidneys & liver shows Mr. Johnson is presently passing Instars (pupea) thru his Urinary Track due to infestation of the parasite and egg production that overwelmed those organs and shortens lifespan. Mr. Johnson (62) states that both sides of his genetic family relative average lifespan is 84-86 all inclusive. This consumption of the product in question will shorten the plantiff lifespan potentially by 22-24 years by family ancestry average. This is a blatent disregard for Health and welfare publicly that is fatal et al to Mark Johnson, the plantiff.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

7 million USD as damages and a strong message sent to detour this blatent, porposeful act of sabatoge to the public Health, public welfare and title 21 and numberous CFR's regulating Foodstoff is not tolerated in these United States of America

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

Sept 7, 2021
(Date)

(Revised December 2017)